IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                        Cr. No. S-09-485 KJM

     vs.

KENNETH FRANKLIN BEALS,

     Defendant.                  <u>ORDER</u>
_____/

        On August 11, 2011, the court heard argument on defendant's motion for disclosure of informant and motion to dismiss for outrageous government conduct. Robert Holley appeared for defendant. William Wong appeared for the government. The court took the matter under submission following argument, and subsequently directed the government to make the arresting officer, Officer Harshbarger, available for an *in camera* interview with the court. The court allowed the defense to submit suggested questions to be posed to the officer.

        On September 14, 2011, the court conducted an *in camera* interview with Officer Harshbarger. Having carefully considered the substance of the interview, as well as the parties'

/////

/////

/////

1

briefing and argument on defendant's motion for disclosure, and good cause appearing, the court ORDERS as follows:

1. Defendant's motion for disclosure of informant (ECF 30) is granted to the extent that the transcript of the court's interview with Officer Harshbarger is unsealed; the parties may order copies of the transcript from the court reporter.

2. Within fourteen days of the date of this order, defendant shall notify the court in a written filing whether he seeks to supplement the briefing on his motion to dismiss (ECF 31); if he does, defense counsel shall confer with counsel for the government and propose a briefing schedule; if he does not, the court will proceed to determine the merits of the motion to dismiss.

3. In light of government counsel's filing of September 9, 2011, the order to show cause filed on September 2, 2011 (ECF 38) is discharged.

DATED: October 7, 2011.

_____
UNITED STATES DISTRICT JUDGE